IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**DEMETRIS HILL,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**5:21-cr-00043-TES-CHW** |

**ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE**

Before the Court is the Government's Unopposed Motion for Continuance [Doc. 17]. On July 8, 2021, the Grand Jury charged Defendant Demetris Hill with 60 counts of Theft of Government Money in violation of 18 U.S.C. § 641 [Doc. 1, pp. 1–3]. Defendant entered a plea of not guilty on July 27, 2021. [Doc. 10].

In its unopposed motion, the Government states that additional time will afford "Defendant's counsel an opportunity to provide discovery to the Government, and for the parties to continue to discuss a possible resolution." [Doc. 17, p. 2]. Consistent with the Government's request, the Court **GRANTS** its Unopposed Motion for Continuance [Doc. 17] and **CONTINUES** this case to the Court's next regularly scheduled Trial Term—February 7, 2022. The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant for a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay. *See* 18 U.S.C. § 3161(h)(7)(b)(i), (iv).

**SO ORDERED**, this 3rd day of November, 2021.

                                          S/ Tilman E. Self, III
                                          **TILMAN E. SELF, III, JUDGE**
                                          **UNITED STATES DISTRICT COURT**