# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**DEMETRIS HILL,**<br><br>　　　*Defendant.* | **CRIMINAL ACTION NO.**<br>**5:21-cr-00043-TES-CHW** |

## ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

Before the Court is the Government's Unopposed Motion for Continuance [Doc. 29]. On July 8, 2021, the Grand Jury charged Defendant Demetris Hill with 60 counts of Theft of Government Money in violation of 18 U.S.C. § 641 [Doc. 1, pp. 1–3]. Defendant entered a plea of not guilty on July 27, 2021. [Doc. 10].

In its unopposed motion, the Government asserted "[t]his continuance is necessary because the parties believe pretrial resolution of the case is possible and can be achieved soon." [Doc. 29, p. 2]. The government specifies that "the parties have tentatively agreed that a satisfactory resolution to this case may be achieved through pretrial diversion with specific agreements from [Defendant], including as to the restitution he will make to the board." [*Id.*]. Accordingly, additional time is needed to determine the amount of restitution and afford the U.S. Probation Office time "to review discovery and prepare a pretrial diversion report and proposed agreement for the U.S. Attorney's Office to consider and approve." [*Id.*].

Consistent with the Government's request, the Court **GRANTS** its Unopposed Motion for Continuance [Doc. 29] and **CONTINUES** this case to the Court's next regularly scheduled Trial Term—June 13, 2022. The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant for a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay. *See* 18 U.S.C. § 3161(h)(7)(b)(i), (iv).

**SO ORDERED**, this 11th day of March, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**