**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**v.**<br><br>**DEMETRIS HILL,**<br><br>    ***Defendant.*** | **CRIMINAL ACTION NO.**<br>**5:21-cr-00043-TES-CHW** |

**ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE**

Before the Court is the Government's Unopposed Motion for Continuance [Doc. 32]. On July 8, 2021, the Grand Jury charged Defendant Demetris Hill with 60 counts of Theft of Government Money in violation of 18 U.S.C. § 641 [Doc. 1, pp. 1–3]. Defendant entered a plea of not guilty on July 27, 2021. [Doc. 10].

In its unopposed motion, the Government argued that the "continuance is necessary because the Government referred this case to the U.S. Probation Office to assess for pretrial diversion" and that "[p]ending U.S. Probation's recommendation and the approval of the U.S. Attorney's Office, the parties have tentatively agreed that a satisfactory resolution to this case can be achieved through pretrial diversion." [Doc. 32, p. 2]. According to the Government, "U.S. Probation advised on May 5, 2022 that work on Mr. Hill's pretrial diversion report is progressing, and should be completed in the coming weeks." [*Id.*]. Because his report is not yet ready, "the Government asks the

Court for additional time to permit the parties to conclude their efforts to resolve this case." [*Id.*].

Consistent with the Government's request, the Court **GRANTS** its Unopposed Motion for Continuance [Doc. 32] and **CONTINUES** this case to the Court's next regularly scheduled Trial Term—August 8, 2022. The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant for a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay. *See* 18 U.S.C. § 3161(h)(7)(b)(i), (iv).

**SO ORDERED**, this 9th day of May, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**