# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** v. **DEMETRIS HILL,** *Defendant.* | **CRIMINAL ACTION NO.** **5:21-cr-00043-TES-CHW** |

### ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

On July 18, 2022, Defendant Demetris Hill filed an Unopposed Motion for Continuance [Doc. 37] which the Court granted via text-only Order [Doc. 38] on July 19, 2022. This Order memorializes the reasons for granting that continuance.

On July 8, 2021, the Grand Jury charged Defendant with 60 counts of Theft of Government Money in violation of 18 U.S.C. § 641 [Doc. 1, pp. 1–3]. Defendant entered a plea of not guilty on July 27, 2021. [Doc. 10].

In his unopposed motion, Defendant requests additional time so that his counsel can have "an opportunity to ensure [that Defendant] is fully compliant with all requirements of probation so that the parties can move forward with the agreed upon resolution in this matter." [Doc. 37, ¶ 8].

For the reasons states in Defendant's Unopposed Motion for Continuance [Doc. 37], the Court **GRANTS** it and **CONTINUES** this case to its October 2022 Term. The ends of justice served by granting this continuance outweigh the best interests of the

public and Defendant for a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay. *See* 18 U.S.C. § 3161(h)(7)(b)(i), (iv).

    **SO ORDERED**, this 20th day of July, 2022.

                                              S/ Tilman E. Self, III
                                              **TILMAN E. SELF, III, JUDGE**
                                              **UNITED STATES DISTRICT COURT**