IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> DEMETRIS HILL, <br><br> *Defendant.* | CRIMINAL ACTION NO. <br> 5:21-cr-00043-TES-CHW |

**ORDER OF INDICATIVE RULING**

Before the Court is Defendant Demetris Hill's Motion to Reduce Sentence [Doc. 118]. On September 13, 2022, the Government obtained an indictment charging Defendant with one count of Theft of Government Property in violation of 18 U.S.C. § 641; one count of False Claims Against the Government in violation of 18 U.S.C. § 287; and one count of Wire Fraud in violation of 18 U.S.C. § 1343. [Doc. 44]. On September 28, 2022, Defendant plead not guilty. [Doc. 54]. On October 17 and 18, 2022, the Court held a jury trial. [Doc. 63]; [Doc. 64]. After the jury returned a guilty verdict as to counts one and two and a verdict of not guilty as to count three, the Court sentenced Defendant to 33 months of imprisonment. [Doc. 67]; [Doc. 86]. Subsequently, Defendant filed a Notice of Appeal with the Court of Appeals for the Eleventh Circuit. [Doc. 91].

Later in 2023 following Defendant's conviction and appeal, the United States Sentencing Commission added a "new Chapter Four guideline at § 4C1.1 (Adjustment

for Certain Zero-Point Offenders) to provide a decrease of two levels . . . for defendants who did not receive any criminal history points . . . and whose instant offense did not involve specified aggravating factors." U.S.S.G. § 1B1.10, cmt. n.7. Based on the change and given the fact that Defendant had no criminal history points, Defendant filed the present Motion to Reduce Sentencing from 33 months to 21 months. [Doc. 118, pp. 1, 3].

Because Defendant is a zero-point with a total offense level of 16 under the Amendment, the Court would be inclined to grant a sentence reduction to 27 months—but for the fact that Defendant filed a Notice of Appeal from his judgment and conviction. *See* [Doc. 91]. This Court has no jurisdiction to grant a motion for relief while an appeal is pending. *See United States v. Tovar-Rico*, 61 F.3d 1529, 1532 (11th Cir. 1995). Accordingly, should the case be remanded pursuant to Federal Rule Appellate Procedure 12.1, the Court states that it would grant Defendant's motion in part [Doc. 118], reducing Defendant's sentence from 33 months to 27 months. *See* Fed. R. Crim. P. 37(a).

**SO ORDERED**, this 26th day of January, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**